# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEDCAPGROUP, LLC, | ) | |
|               Plaintiff, | ) | Case No. 2:14-cv-00674-RCJ-NJK |
| vs. | ) | ORDER |
| MESA PHARMACY, INC., | ) | |
|               Defendant. | ) | |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Plaintiff filed its Complaint in this case on May 1, 2014 (Docket No. 1). LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply.

. . . .

. . . .

. . . .

1   Accordingly, **IT IS ORDERED** that Plaintiff shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., May 19, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED: May 14, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge